IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR DEVON LITTLE,<br>        Petitioner,<br>    v.<br>ROBERT C. LEWIS; DENNIS DANIELS,<br>        Respondents. | **Judgment in a Civil Case**<br><br>Case Number: 5:11-HC-2105-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 28, 2012, with service on:
Arthur Devon Little 0504406, Bertie Correctional Institution, P.O. Box 129, Windsor, NC 27983 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 28, 2012 | /s/ Julie A. Richards<br>Clerk |

Raleigh, North Carolina